COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:     01-14-00844-CV

Trial Court Cause
Number:     2014-37034

Style:     Neighborhood Centers Inc.

    **v** Doreatha Walker

Date motion filed[*]:     July 30, 2015

Type of motion:     Motion for Leave to Withdraw

Party filing motion:     Whitney Rawlinson, attorney for Doreatha Walker

Document to be filed:     n/a

Is appeal accelerated? ☒ YES    ☐ NO

Ordered that motion is:

    ☐   Granted

       If document is to be filed, document due: _____

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒   Denied: *See* TEX. DISCIPLINARY R. PROF. CONDUCT 1.15(b)(1), (c).

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Evelyn V. Keyes
           ☒ Acting individually    ☐ Acting for the Court

Panel consists of   Justices Keyes, Bland, and Massengale

Date:   September 2, 2015